# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

May 22, 2017

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Mitchell et al.
Criminal Docket No. 16-234 (BMC)

Dear Judge Cogan:

I represent the defendant Herschel Knippa in the above referenced case. Mr. Knippa's sentencing is currently scheduled before this Court on May 31, 2017 at 10:00 am. However, I am currently on trial for *U.S.A. v. Shapiro* before Judge Chatigny in the District of Connecticut, and the trial is expected to last several more weeks. Additionally, we just received the first draft of Mr. Knippa's Presentence Report on May 16, 2017. We respectfully request an adjournment for the week of August 7, 2017. I have spoken to Assistant United States Attorney Mark Bini, who consents to this request.

Thank you for your consideration.

Very truly yours,

/s/
Alex Spiro

cc: AUSA Mark Bini (*via ECF*)