# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

August 31, 2017

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Herschel Knippa, 16 Cr. 00234 (BMC)

Dear Judge Cogan:

As part of the bail conditions on this case, Herschel Knippa was released on a personal recognizance bond and had his travel restricted to the states of Texas and New York. We write now on Mr. Knippa's behalf to respectfully request that this Court modify his bail conditions to allow for travel to and from Chester, Illinois, to visit his daughter.

We have spoken with AUSA Mark Bini and United States Probation Officer Stuart Siegel, and neither have an objection to our request.

Thank you for your consideration.

Respectfully,

Alex Spiro

cc: AUSA Mark Bini (via ECF)
USPO Stuart Siegel (via email)